[No. 31236-7-I. Division One. January 31, 1994.]

RICHARD LEE ANDERSON, ET AL, *Appellants*, v. WENDELL
WILLIAM BRAGG, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-01175-1, Sharon S. Armstrong, J., entered
July 6, 1992. *Affirmed* by unpublished opinion per Webster,
C.J., concurred in by Kennedy and Agid, JJ.

[Nos. 28254-9-I; 28920-9-I. Division One. January 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER
SHANNON DOWNEY, *Appellant*.

*In the Matter of the Personal Restraint of*
PETER SHANNON DOWNEY, *Petitioner*.

Appeals from a judgment of the Superior Court for King
County, No. 90-1-02859-0, Steven G. Scott, J., entered
March 25, 1991, together with a petition for relief from per-
sonal restraint. Judgment *affirmed* and petition *denied* by
unpublished opinion per Scholfield, J., concurred in by Web-
ster, C.J., and Baker, J.

[No. 29533-1-I. Division One. January 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03803-8, James D. McCutcheon, Jr., J.,
entered November 13, 1991. *Affirmed* by unpublished per
curiam opinion.